CONSTANGY BROOKS, SMITH & PROPHETE LLP

800 Boylston Street, Suite 1005
Boston, MA 02199
Main: 617.849.7880
Fax: 617.849.7870
constangy.com

March 3, 2026

Via ECF
Hon. Denise J. Casper
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: *Beaucage v. Cardi's Dep't Store, Inc.*, 25-cv-10660-DJC

Dear Judge Casper:

We represent Defendant Cardi's Department Store, Inc. in the above-referenced matter. Pursuant to the Court's directive, I write with the consent of counsel for Plaintiff Jeffrey Beaucage to advise as to the status of this matter. The parties have reached a settlement in principle and are working to finalize the agreement. The parties anticipate filing a stipulation of dismissal within the next 30-45 days.

Respectfully Submitted,

Christopher R. Deubert

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2026, a true and correct copy of the foregoing document was electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF system and served upon counsel of record through the same.

*/s/ Christopher R. Deubert*
Christopher R. Deubert, Esq.