UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**JEFFREY BEAUCAGE**

**v.** **CIVIL ACTION NO. 25-10660-DJC**

**CARDI'S DEPARTMENT STORE, INC.**

**SETTLEMENT ORDER OF DISMISSAL**

CASPER, D.J.

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within forty-five (45) days, to reopen the action if settlement is not consummated.

March 3, 2026

/s/ Savannah Cook
--------------------------
Deputy Clerk